PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

X FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON

4/25/2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM DEPUTY

**DOCKET NUMBER** *(Tran. Court)*
1:20CR20131-Altonaga

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00106-APG-BNW

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Cervantes-Naranjo | Southern District of Florida | Miami |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Cecilia M. Altonaga, Chief | |
| SD/FL PACTS NO.: **6626111** | DATE OF SUPERVISED RELEASE | FROM | TO |

OFFENSE:

**Count One: Conspiracy to distribute five (5) kilograms or more of cocaine with the intent to import to the United States in violation of 21 U.S.C. § 963 and 21 U.S.C. § 960 (b)(1)(B).**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the **District of Nevada/Las Vegas Division** upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Feb. 25, 2025
_____
Date

_____
*The Honorable Cecilia M. Altonaga, Chief*
*U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Nevada/Las Vegas Division**

   IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 29, 2025
_____
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jose Gilberto Cervantes-Naranjo
Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 25, 2025

TO:   United States District Judge

On August 4, 2021, Mr. Cervantes-Naranjo was sentenced to 60 months imprisonment, followed by 5 years of supervised release for the offense of Conspiracy to Distribute Five Kilograms or More of Cocaine with Intent to Import into the United States in the Southern District of Florida. On December 26, 2024, he commenced supervision in the District of Nevada.

Mr. Cervantes-Naranjo has remained in compliance with his conditions of supervision since his release from imprisonment. He continues to reside with his family in Las Vegas, NV, and has significant ties to the community.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Cecilia M. Altonaga agreeing to relinquish jurisdiction of this case. Should Your Honor have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.04.25 13:38:53 -07'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.04.25 12:47:17 -07'00'

Steve M Goldner
Supervisory United States Probation Officer